## Commonwealth *v.* Griffin, Appellant.

Submitted June 12, 1970. *Kenneth R. Dixon* and *Jerome M. Charen*, for appellant; *Paul R. Michel*, Assistant District Attorney, *James D. Crawford*, Deputy District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the court below is vacated and the record remanded for a hearing on the issues raised by the original or an amended post-conviction petition.

WRIGHT, P. J., dissents.

## Commonwealth *v.* Harmon, Appellant.

Submitted June 11, 1970. *R. Barclay Surrick*, Assistant Public Defender, for appellant; *Vram Nedurian, Jr.*, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.